**FORM A**

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, **42 U.S.C. § 1983**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

RECEIVED
AUG 30 2019
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

XAVIER R. HAYWOOD, SR. #94325479

_____

_____

_____

_____

(Enter above the **FULL** name and inmate
number of the plaintiff or plaintiffs in this action)

vs.                                     **COMPLAINT**

JOE M. SMITH

GRANT DICKEY

M. FLOWERS

BRANDY BUENDEL

_____

(Enter above the **FULL** name of each defendant
in this action)

(**NOTE:** If there is more than one plaintiff, the information in parts I and II should be shown for
EACH plaintiff by name, using a separate sheet of paper.

I.      Previous Lawsuits:

A.      Have you begun other lawsuits in State or Federal Court dealing with the <u>same</u>
<u>facts</u> involved in this action or otherwise relating to your imprisonment?
Yes ( )   No (✔)

B.      If your answer to **A** is Yes, please answer questions 1 thru 7. (If there is more than
one lawsuit, describe the additional lawsuits on another sheet of paper, using the
same outline.)

1. Parties to this previous lawsuit
   Plaintiffs  _N/A_

   Defendants  _N/A_

2. Court (if Federal Court, name the district; if State Court, name the county)

   _N/A_

3. Docket Number  _N/A_

4. Name of Judge to whom the case was assigned _N/A_

5. Disposition, if known (for example: Was the case dismissed? Was it appealed? Is it still pending?) _N/A_

6. Approximate date of filing lawsuit _N/A_

7. Approximate date of disposition _N/A_

II. Place of Present Confinement  _GEO - JOE CORLEY DETENTION FACILITY_

A. Is there a prisoner grievance procedure in this institution?
   Yes (✔) No (  )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes (✔) No (  )

C. If your answer is **Yes,**
   1. What steps did you take?

      I COMPLETED THE STEP 1 AND STEP 2 PROCEDURES.

   2. What was the result?

      STEP 1 STATED MY MAIL WAS FWRD TO HSA BRANDY BUENDEL
      STEP 2 STATES MAILROOM MRS. M. FLOWERS WAS SUPPOSE TO NOTIFY ME

D. If your answer is **No,** explain why not

   N/A

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes (  ) No (✔)

F. If your answer is **Yes,**
   1. What steps did you take? N/A

   2. What was the result? N/A

2

III.  Parties
      (In item **A** below, place your name in the first blank and place your present address in the
      second blank.  Do the same for additional plaintiff(s), if any.)

      A.    Name of Plaintiff _XAVIER R. HAYWOOD, SR_

            Address _500 KILBIG St, CONROE, TX 77301_

      B.    Additional plaintiffs _N/A_

            _N/A_

            _N/A_

            _N/A_

(In item **C** below, place the full name of the defendant in the first blank, his official position in
the second blank, and his place of employment in the third blank.  Use item **D** for the names,
positions, and places of employment of any additional defendants.)

      C.    Defendant _JOE M. SMITH_

            is employed as _SENIOR WARDEN_

            at _JOE CORLEY DETENTION FACILITY_

      D.    Additional defendants _GRANT DICKEY, ASST. WARDEN (JCDF)_ _THE_ _NAM_
            _M. FLOWERS, MAILROOM MGR. (JCDF) THE WARDEN REFUSE TO GIVE HER FIRST N_
            _BRANDY BUENDEL, HSA. (JCDF)_

IV.   Jurisdiction
      This complaint is brought pursuant to 42 U.S.C. § 1983, and jurisdiction is based on 28
      U.S.C. § 1343.  Plaintiff(s) allege(s) the defendant(s) acted under color of state law with
      regard to the facts stated in part V of this complaint.

3

V.      **Statement of Claim**

(state here <u>as briefly as possible</u> the **FACTS** of your case.  You **MUST** state exactly what each defendant personally did, or failed to do, which resulted in harm to you.  Include also the names of other persons involved (for example, other inmates) and state the date and place of all events.  Attach an extra sheet <u>if necessary</u>, and write the heading **PART V CONTINUED** at the top of the sheet.  Keep to the facts.  Do not give any legal arguments or cite any cases.)

THE SENIOR WARDEN JOE SMITH ALLOWS THIS TYPE OF BEHAVIOR,

ASST. WARDEN GRANT DICKEY ALLOWS THIS BEHAVIOR, AND THEY

NEVER ANSWERED MY REQUEST TO TALK WITH THEM ABOUT THIS

PROBLEM. M. FLOWER IS MAILROOM MGR. SHE FAIL TO BRING MY

MAIL OR NOTIFY ~~ME~~ *ME.* BRANDY BLUNDEL, HSA, SHE IS HEALTH

SERVICE MGR. SHE FAIL TO NOTIFY ME OF THE MAIL THAT WAS GIVEN

TO HER . FROM MAY 2019 TO JULY 11, 2019 I WAS NEVER CONTACTED.

VI.     (State briefly <u>exactly what you want the Court to do for you</u>.  Make no legal arguments. **Do not cite cases or statutes.**)  CRUEL & UNUSUAL PUNISHMENT.

I WANT TO SUE THEM. THEY DID ME WRONG BY WITHHOLDING

MAIL THAT IS CONCERNING MY HEALTH. I HAVE BEEN DIAGNOSED

WITH CANCER, COLON CANCER. I JUST FINISHED THE CHEMOTHERAPY

BUT THE BATTLE ISN'T OVER.    I DO WISH TO SEE MONEY EACH DEFENDANT.

VII.    Statement Regarding Assistance in Preparing this Complaint
       A.    Did any person other than a named plaintiff in this action assist you in preparing this complaint?  **Yes** (  )  **No** (✓)
       B.    If your answer is **Yes** name the person who assisted you.
       C.    Signature of person who helped prepare complaint.

             (Signature) _N/A_____    (Date) _____

VIII.  **Signature(s) of Plaintiff(s)**

             Signed the _26_ day of _AUGUST_ , 20_19_.
             (Signature of Plaintiff) _____
             Signatures of additional plaintiffs, if any.

4

JOE CORLEY DETENTION FACILITY
HAYWOOD, SR. XAVIER R.
USMHS # 34325479
500 HILBIG St.
CONROE, TX 77301

X-RAYED & CLEARED BY U.S.M.S.

THIS LEGAL MAIL HAS
NOT BEEN INSPECTED

CLERK-- US. DISTRICT COURT
P.O. BOX 9344
DES MOINES, IA 50306-9344

50306$9344 B093